UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAEL RUBIN, | Case No. 20-cv-01044-MKV |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| GARDNER DENVER HOLDINGS, INC., PETER M. STAVROS, BRANDON F. BRAHM, ELIZABETH CENTONI, WILLIAM DONNELLY, JOHN HUMPHREY, MARC E. JONES, WILLIAM E. KASSLING, MICHAEL V. MARN, VICENTE REYNAL, NICKOLAS VANDE STEEG, and JOSHUA T. WEISENBECK, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Rubin ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 18, 2020

**WEISSLAW LLP**

By _____
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*